

**ROBERT D. BURNS III, JUDGE**
Criminal District Court No. 1

Helen Wilhelm
Court Coordinator
214-653-5902

Crystal Jones
Court Reporter
214-653-5903

October 13, 2015

Honorable Judges of the Court of Criminal Appeals
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

RE:  *Ex parte Anthony Eugene Johnson.*
*Writ Nos. W08-71994-V(A) and W11-00273-V(A)*
*CCA Nos. WR-82,850-01 and 02*

To the Honorable Judges of the Court of Criminal Appeals:

The purpose of this letter is to advise the Court that the Findings of Fact and Conclusions of Law forwarded to this Court on March 13, 2015, were vacated prior to them being sent to your Court. Judge Brandon Birmingham of the 292nd Judicial District Court recused from these cases because he realized after he signed the findings of fact that he had worked on the case as a prosecutor. Judge Birmingham immediately vacated the entry of the findings of fact and recused from the cases. The order vacating and recusing, however, was never scanned into the OnBase system. The clerk, unaware of the order vacating, forwarded those vacated finding of fact to your court. The order has since been located and made part of the record. A copy is attached here for your convenience. The clerks have been instructed to prepare a supplemental transcript containing all of the filings in these causes since the last transcript was forwarded to your Court. I cannot say with certainty when you will receive that transcript so I am forwarding this letter along with a copy of the order so you are aware of the situation. Please feel free to contact me if you need any additional information with regard to these causes.

Sincerely,

Judge Robert Burns
Criminal District Court

Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 38

Dallas, TX 75207-4313

214-653-5900
Fax 214-653-5927

| EX PARTE | § | IN THE 292ND JUDICIAL |
|---|---|---|
| | § | |
| | § | DISTRICT COURT |
| | § | |
| ANTHONY EUGENE JOHNSON | § | DALLAS COUNTY, TEXAS |

## ORDER VACATING FINDINGS OF FACT AND VOLUNTARY RECUSAL

Upon reviewing the State's Objections to the Trial Court's Finding of Fact and Conclusions of Law, the Court has determined that it participated in these cases as a prosecutor. At the time the Findings of Fact were signed, however, the Court did not recall that it had participated in these cases. Based on my participation in these cases, the Court has determined that these matters should have been considered by another District Court Judge, that recusal is appropriate, and the Court should not have signed findings in these cases. Therefore, the Court hereby vacates the findings of fact signed on March 11, 2015, and hereby voluntarily recuses from any further actions in these cases.

**IT IS THEREFORE ORDERED** that Brandon Birmingham, presiding judge of the 292nd Judicial District Court, does hereby voluntarily recuse himself from hearing any future matter in these cases and refers these causes to the Presiding Judge of the First Administrative Judicial Region for assignment.

The Clerk of the Court shall immediately transmit a copy of this Order to Judge Mary Murphy, Presiding Judge of the First Administrative Judicial Region and to counsel for the Applicant, Randy Schaffer, counsel for the State, Christine Womble, and Bruce Anton, the Court Writ Master appointed herein.

It is further ordered that the Clerk of the Court shall immediately transmit a copy of this Order to the Court of Criminal Appeals in a supplemental transcript.

Signed this the _____ day of April, 2015.

JUDGE BRANDON BIRMINGHAM
292ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS

2015 APR 21 PH 3: 47

FILED